JOHN McCANN, Appellant, v. AMERICAN OXYGEN MACHINERY CORPORATION and Another, Respondents.— Motion to extend time to perfect appeal granted,

appellant's time extended to June 15, 1925, and case set for argument at the October term. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.